

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-18-00443-CV

**CONSOLIDATED REINFORCEMENT, L.P.,**
Appellant

v.

Ali **CHERAIF**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16237
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

The appellee's second unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to December 15, 2018. **Further requests for an extension of time in which to file appellant's brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court